Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

v.    :    CRIMINAL NO. 15-445-01

JOHN R. HODDE    :

JOHN R. HODDE, the above named defendant, who is accused of violations of

18 U.S.C. § 1343 (wire fraud) and
18 U.S.C. § 1349 (conspiracy to commit wire fraud)

being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JOHN R. HODDE, Defendant

_____
Witness

11/23/15
Date

_____
Iris Bennett, Counsel for Defendant