IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOHN R. HODDE | : | NO. 15-445 |

## ORDER

**AND NOW,** this 24th day of November, 2015 after a plea hearing in open court on November 23, 2015 with Defendant and counsel present, it is **ORDERED** that Defendant John R. Hodde be placed on bail with the following terms and conditions:

1. Defendant is to execute an appearance bond in the amount of $25,000.00 O/R;

2. Defendant shall surrender and not possess any firearms, destructive devices or other dangerous weapons;

3. Defendant shall surrender his passport to the U.S. Pretrial Services Officer, and, if he has no passport, he is directed not to apply for one;

4. Defendant shall report to Pretrial Services as directed by Pretrial Services.

5. Defendant's travel is restricted to the Continental United States and he shall notify Pretrial Services in advance, when and if he plans to travel beyond 100 miles of his primary residence for any purpose.

6. Defendant shall not have any contact with any co-defendants and/or disclosed alleged co-conspirators.

7. Defendant shall not liquidate any asset without prior notice to Pretrial Services beyond weekly expenditures necessary for basic and modest living expenses for himself and his wife such as for food, shelter, medical expenses and the like.

Any violations of this Order will result in the immediate forfeiture of bail, and Defendant shall be detained pending sentencing.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge