IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN R. HODDE** | : | **NO. 15-445** |

### O R D E R

**AND NOW,** this 2nd day of May, 2016, upon consideration of Hanover Insurance Company's Motion to Intervene and to Unseal Plea Agreement for Limited Purpose (Doc. No. 14), Hanover Insurance Company's Supplemental Brief in Support of its Motion (Doc. No. 15), and the Government's response in opposition (Doc. No. 16), and following a telephone conference with all counsel, it is **ORDERED** that the Motion (Doc. No. 14) is **DENIED**.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge