IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOHN R. HODDE | : | NO. 15-445 |

**FILED**

JAN 3 0 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW,** this 24th day of January, 2017 it is **ORDERED** that the transcript of the hearing held in the above-captioned case on January 17, 2017 is **SEALED AND IMPOUNDED** until further Order of this Court. Counsel for the Government and counsel for the Defense may have access to the transcript without seeking permission of the Court.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

cc: Joon Cam